NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA AB, IPR PHARMACEUTICALS INC., AND THE BRIGHAM AND WOMEN'S HOSPITAL, INC.,**
*Plaintiffs-Appellants,*

v.

**APOTEX CORP.,**
*Defendant-Appellee,*

and

**AUROBINDO PHARMA LIMITED,**
*Defendant-Appellee,*

and

**COBALT PHARMACEUTICALS INC. AND COBALT LABORATORIES INC.,**
*Defendants-Appellees,*

and

**GLENMARK GENERICS INC. USA,**
*Defendant-Appellee,*

and

**MYLAN PHARMACEUTICALS INC.,**
*Defendant-Appellee,*

and

**PAR PHARMACEUTICALS, INC.,**

*Defendant-Appellee,*

**and**

**SUN PHARMACEUTICAL INDUSTRIES, LTD.,**
*Defendant-Appellee,*

**and**

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Appellee,*

**and**

**TORRENT PHARMA INC.** AND
**TORRENT PHARMACEUTICALS LTD.,**
*Defendants.*

---

2011-1182, -1183, -1184, -1185, -1186, -1187, -1188, -1189, -1190

---

Appeals from the United States District Court for the District of Delaware in case nos. 10-CV-0338, 10-CV-0339, 10-CV-0340, 10-CV-0341, 10-CV-0342, 10-CV-0343, 10-CV-0345, 10-CV-0346, and 10-CV-0584, Judge Robert B. Kugler.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the motion to withdraw Dutch Chung as principal counsel for Par Pharmaceuticals, Inc.,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) New principal counsel for Par Pharmaceuticals, Inc. must promptly enter a new entry of appearance.

FOR THE COURT

__MAY 1 0 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Mary W. Bourke, Esq.
Francis J. Murphy, Jr., Esq.
Robert B. Breisblatt, Esq.
Shane A. Brunner, Esq.
Steven A. Maddox, Esq.
H. Keeto Sabharwal, Esq.
William A. Rakoczy, Esq.
Dutch Chung, Esq.
Nicole W. Stafford, Esq.
James F. Hurst, Esq.
Jeffry M. Nichols, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 0 2011

JAN HORBALY
CLERK